O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LLAMAS and PATRICIA LLAMAS, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE INC., a corporation; SUNTRUST BANK doing business as SunTrust, a corporation, <br><br> Defendants. | Case No. CV 11-09228 DDP (PJWx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> [Docket No. 12] |

    Presently before the court is Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearing on Defendants' Motion was set for January 23, 2012. Plaintiffs' opposition was therefore due by January 2, 2012.

As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. Plaintiffs' First Amended Complaint is dismissed.

IT IS SO ORDERED.

Dated: January 27, 2012

DEAN D. PREGERSON
United States District Judge